UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD ANTHONY WOODSON,

                Plaintiff,

      -against-

SUPERINTENDENT OF GREEN HAVEN,

                Defendant.

20-CV-9115 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued May 4, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED, AND DECREED that this action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   May 4, 2021
            New York, New York

*Louis L. Stanton*
Louis L. Stanton
U.S.D.J.